Carletti *v.* Philadelphia Electric Company,
Appellant.

Argued March 20, 1974. *James C. Brennan,*

874

with him *Hinkson and Brennan,* for appellant; *James J. Freeman,* for appellee.

Judgment affirmed; petition for reargument denied June 5, 1974.